

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 Church St.
New York, NY 10007

JOYCE CAMPBELL PRIVÉTERRE
*Special Federal Litigation Division*
(212) 788-1277
Fax: (212) 788-9776

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 6/13/08

April 25, 2008

Via Facsimile (212) 805-6191
Honorable Barbara S. Jones
United States District Judge
Southern District of New York
500 Pearl Street, Room 620
New York, NY 10007

        Re:    Simmons v. Jemmott et al.
                  08 CV 2198 (BSJ)(KNF)

Your Honor:

       I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York. This office was served with a courtesy copy of the *pro-se* plaintiff's complaint on or about April 1, 2008, which was purportedly filed pursuant to § 42 U.S.C. against defendants Captain Jemmott, Correction Officer Cooper, Correction Officer Castro and Correction Officer Greene for alleged excessive force.

       Upon a review of the docket sheet it appears that service was attempted on Messrs. Jemmott and Cooper on April 3, 2008, but the summonses were returned unexecuted. To date, no one has been served in this action. We have contacted DOC to obtain further identification of the DOC personnel plaintiff attempts to sue in this action and identify shield numbers and commands for service of process.

       Accordingly, it is respectfully submitted that this office will take no further action, unless directed otherwise by Your Honor.

       We thank the Court for its consideration of this matter.

6/13/08
The docket sheet maintained by the Clerk of Court for this action shows that defendants Correction Officer Cooper and Correction Captain Jemmott were served with process. Accordingly, they must respond to the plaintiff's complaint in accordance with the applicable provisions of the Federal Rules of Civil Procedure.
SO ORDERED:
/Kevin Nathaniel Fox/
KEVIN NATHANIEL FOX, U.S.M.J.

Respectfully submitted,

Joyce Campbell Privéterre (JCP 1846)
Assistant Corporation Counsel

MICROFILMED JUN 16 2008 -9:00 AM

Cc:

Lamont Simmons
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
Riker Island Correctional Facility
09-09 Hazen Street
East Elmhurst, NY 11370
PRO SE