UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

LAMONT SIMMONS,                                  :

        Plaintiff,                              :        ORDER

      -against-                                    :        08 Civ. 2198 (BSJ)(KNF)

CAPTAIN JEMMOTT, ET AL.,                         :

        Defendants.                             :
------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that: (1) the Superintendent, or other official in charge of the Sing Sing Correctional Facility, shall provide inmate Lamont Simmons, DIN # 09-A-2773, a private room, with telephone service, so that he may participate in a telephonic status conference call with the Court and counsel to the defendants on October 6, 2009, at 2:00 p.m.; (2) plaintiff Lamont Simmons shall appear in a private room, designated by the Superintendent or other official in charge of the Sing Sing Correctional Facility, to participate in said telephonic conference; and (3) Assistant Corporation Counsel, Karl J. Ashanti, is directed to serve a copy of this Order on the Superintendent, or other official in charge of the Sing Sing Correctional Facility, expeditiously.

Dated: New York, New York
      July 8, 2009

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

Copies mailed to:

Lamont Simmons
Karl J. Ashanti, Esq.