UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

LAMONT SIMMONS,                                    :

        Plaintiff,                           :        ORDER

    -against-                                 :        08 Civ. 2198 (BSJ)(KNF)

CAPTAIN JEMMOTT, ET AL.,                           :

        Defendants.                          :
------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

     A pretrial conference was held with counsel to the defendants and plaintiff pro se on July 7, 2009. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

1. on or before July 28, 2009, the defendants shall submit their Local Civil Rule 33.2 responses to plaintiff's interrogatories and requests for production of documents as contemplated by the Rule;

2. all discovery, of whatever nature, shall be initiated so as to be completed on or before November 6, 2009;

3. a telephonic status conference will be held with the parties on October 6, 2009, at 2:00 p.m. Counsel to the defendants shall initiate the telephonic conference on that date;

4. any dispositive motion shall be served and filed on or before November 23, 2009;

5. the response to any dispositive motion shall be served and filed on or before December 23, 2009; and

6.    any reply to a dispositive motion shall be served and filed on or before January 8, 2010.

Dated: New York, New York  
      July 8, 2009

SO ORDERED:

*Kevin Nathaniel Fox*

KEVIN NATHANIEL FOX  
UNITED STATES MAGISTRATE JUDGE

Copies mailed to:

Lamont Simmons  
Karl J. Ashanti, Esq.